**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 09 CR 496

Southern District of New York
Mr. John Michael McMahon, Clerk
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

2. Article Number
(Transfer from service label)

7006 0100 0001 7313 9035

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

AUG 2 0 2009
U.S.D.C. - S.

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail

4. Restricted Delivery? (Extra Fee)   ☐ Yes

09 CR 4 96 MHh

09CR496

FILED

AUG 2 5 2009
8-25-2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT