

**F I L E D**



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO ILLINOIS 60604**

SEP - 1 2009
Sep 1, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**August 17, 2009**

**MICHAEL W. DOBBINS**                                    **OFFICE OF THE CLERK**
    **Clerk of Court**
Southern District of New York
Mr. John Michael McMahon, Clerk
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 120
New York, NY 10007-1312

Re:  USA v. Jose Rodriguez
**Case: 09 CR 496**
Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

All documents filed prior to electronic filing are included in this transfer package.

Subsequent paper documents filed after 1/18/05 are also included:
(List document numbers ): Financial Affidavit; Document #8; Order Setting Conditions of Release; Document #9, Appearance Bond; Document #: 10.

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Our Case #
09 Mag. 1005

Sincerely yours,

Michael W. Dobbins, Clerk

by:  Marsha E. Glenn
     Deputy Clerk

RECEIVED

U.S. DISTRICT COURT
FILED
AUG 2 4 2009
S. D. OF N.Y.